UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                         Case No. 2:16-cr-14
                                         HON. ROBERT HOLMES BELL

KEVIN BERNARD WILLIS,
ANTHONY JAMES BROWN,
MICHAEL PAUL KARPPINEN II,
and COLLEEN LYNN ARCHAMBEAU,

                Defendanst.
_____/

## ORDER OF DETENTION

Defendants appeared before the undersigned on July 14, 2016 for initial appearances on an indictment.

The government moved for detention of all defendants and pretrial services concurred. All defendants were appointed counsel and hearing on detention will be scheduled as requested.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                     */s/ Timothy P. Greeley*
                                                     TIMOTHY P. GREELEY
                                                     UNITED STATES MAGISTRATE JUDGE

Dated:  7/15/2016